35 A.3d 678

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WALI PALMER, DEFENDANT–PETITIONER.

December 1, 2011.

Denied.